ACCEPTED
12-14-00134-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/12/2015 4:00:36 PM
CATHY LUSK
CLERK

**CAUSE NO. 12-14-00134-CV**

**IN THE
COURT OF APPEALS
TWELFTH COURT OF APPEALS
TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/12/2015 4:00:36 PM
CATHY S. LUSK
Clerk

**AMERICAN IDOL, GENERAL, LP d/b/a The REO, AND
RANDY HANSON a/k/a RANDALL HANSON,
Appellants**

**V.**

**PITHER PLUMBING CO., INC.,
Appellee**

_____

**On Appeal from Cause No. 2012-1842-A
in the 188th Judicial District Court in Gregg County, Texas
The Honorable David Brabham, Presiding Judge**

_____

**APPELLEE'S AGREED MOTION TO EXTEND
TIME TO FILE BRIEF**

**COMES NOW,** PITHER PLUMBING CO., INC., Appellee in the above-entitled and numbered appeal and, pursuant to Rule 10.5 (b) and Rule 38.6 of the Texas Rules of Appellate Procedure, files the following Agreed Motion to Extend Time to File Brief and in support thereof would respectfully show the Court the following:

## I.

This is an appeal from a summary judgment in a breach of contract case. Pursuant to Rule 10.5 of the Texas Rules of Appellate Procedure, Appellee states the following:

1. The Current deadline for filing Appellee's Brief is January 15, 2015;

2. Appellee seeks a thirty (30) day extension of the filing deadline to and including February 16, 2015; and

3. This is Appellee's first request for an extension of time.

## II.

Appellee relies on the following facts to reasonably explain its need for this extension of time:

1. On December 16, 2014, Appellee received notice that the Court reinstated this appeal and that Appellee's brief was due January 15, 2015;

2. Appellee's counsel has been performing legitimate business in other cases since December 16, 2014;

3. Appellee's counsel is currently preparing for trial in Rusk County, Texas; and

4. Appellee's counsel has not had sufficient time to review the record and complete the legal research and briefing necessary to properly present this appeal to the Court.

## III.

This request for an extension of time to file Appellee's Brief is not sought solely for the purposes of delay, but so that justice may be done. The granting of this request will allow counsel for Appellee to fully research and brief the issues before the Court and will facilitate the Court's efficient and just disposition of this matter, thus resulting in judicial economy and conservation of the Court's resources and time.

**WHEREFORE, PREMISES CONSIDERED,** Appellee, Pither Plumbing Co., Inc., respectfully requests the court to extend the time for filing Appellee's Brief to and including February 16, 2015, and for such other and further relief to which Appellee is justly entitled.

Respectfully submitted,

*/s/ Brett F. Miller*
T. JOHN WARD, Jr.
State Bar No. 00794818
jw@wsfirm.com
CLAIRE ABERNATHY HENRY
State Bar No. 24053063
claire@wsfirm.com
Brett F. Miller
State Bar No. 24065750
bmiller@wsfirm.com
**WARD & SMITH LAW FIRM**
P. O. Box 1231
Longview, Texas 75606-1231
(903)757-6400 (Telephone)
(903)757-2323 (Facsimile)

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

I hereby certified that I contacted counsel for Appellant, Ken W. Good, and he agrees to this motion.

*/s/ Brett F. Miller*
Brett F. Miller

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. This document was served on all counsel who are deemed to have consented to electronic service. Local Rule 3(c). Pursuant to TEX. R. APP. P. 9.5(b) and Local Rule 3(c)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, facsimile, or certified mail on this the ___12th___ day of January, 2015.

*/s/ Brett F. Miller*
Brett F. Miller